1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAY RAMIREZ

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  CR.S. 10-186-FCD
11                                   )
                      Plaintiff,     )  STIPULATION AND ORDER
12                                   )  TO EXTEND TIME FOR STATUS
        v.                           )  CONFERENCE AND EXCLUDE TIME
13                                   )
   RAY RAMIREZ,                      )  DATE:  October 17, 2011
14                                   )  Time:  10:00 a.m.
                      Defendant.     )  Judge: Frank C. Damrell, Jr.
15 _____

16

17       Defendant RAY RAMIREZ, by and through his counsel, DENNIS S.

18 WAKS, Supervising Assistant Federal Defender, and the United

19 States Government, by and through its counsel, JILL M. THOMAS,

20 Assistant United States Attorney, hereby stipulate that the

21 status conference set for September 6, 2011, be rescheduled for a

22 status conference on Monday, October 17, 2011, at 10:00 a.m.

23       This continuance is being requested because defense counsel

24 requires additional time to receive and review discovery, discuss

25 the case with the government, and pursue investigation.

26 Furthermore, this defendant has some serious medical conditions

27 which effect his ability to assist counsel at the present time.

28

                                1

1  Speedy trial time is to be excluded from the date of this
2  order through the date of the status conference set for October
3  17, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code
4  T4. [reasonable time to prepare].
5  DATED: August 26, 2011
6                                          Respectfully Submitted,
7                                          DANIEL J. BRODERICK
                                            Federal Defender
8
9                                          /s/ Dennis S. Waks
                                            Supervising Assistant
10                                         Federal Defender
                                            Attorney for Defendant
11                                         RAY RAMIREZ
12 DATED:  August 26, 2011                 BENJAMIN B. WAGNER
                                            United States Attorney
13
14                                         /s/  Dennis S. Waks for
                                            JILL M. THOMAS
15                                         Assistant U.S. Attorney
16     **IT IS SO ORDERED.**
17
Dated: August 26, 2011
18
19  _____
    FRANK C. DAMRELL, JR.
20  UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

2