```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAY RAMIREZ
 6

 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      )  CR.S. 10-186-JAM
11                                 )
                 Plaintiff,        )  STIPULATION AND ORDER
12                                 )  TO EXTEND TIME FOR STATUS
         v.                        )  CONFERENCE AND EXCLUDE TIME
13                                 )
    RAY RAMIREZ,                   )  DATE:  November 29, 2011
14                                 )  Time:  9:30 a.m.
                 Defendant.        )  Judge: John A. Mendez
15  _____

16

17       Defendant RAY RAMIREZ, by and through his counsel, DENNIS S.

18  WAKS, Supervising Assistant Federal Defender, and the United

19  States Government, by and through its counsel, JILL M. THOMAS,

20  Assistant United States Attorney, hereby stipulate that the

21  status conference set for October 18, 2011, be rescheduled for a

22  status conference on Tuesday, November 29, 2011, at 9:30 a.m..

23       This continuance is being requested because defense counsel

24  requires additional time to receive and review discovery, discuss

25  the case with the government, and pursue investigation.

26  Furthermore, this defendant has some serious medical conditions

27  which effect his ability to assist counsel at the present time.

28

                                    1
```

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 29, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: October 13, 2011

                Respectfully Submitted,

                DANIEL J. BRODERICK
                Federal Defender

                /s/ Dennis S. Waks
                Supervising Assistant
                Federal Defender
                Attorney for Defendant
                RAY RAMIREZ

DATED: October 13, 2011    BENJAMIN B. WAGNER
                United States Attorney

                /s/ Dennis S. Waks for
                JILL M. THOMAS
                Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

2

the trial of this matter must be commenced beginning from the date of the stipulation, October 13, 2011, through and including November 29, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for November 29, 2011, at 9:30 a.m..

DATED: October 14, 2011.            /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge