```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAY RAMIREZ
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      ) CR.S. 10-186-JAM
11                                 )
                    Plaintiff,     ) STIPULATION AND ORDER
12                                 ) TO EXTEND TIME FOR STATUS
         v.                        ) CONFERENCE AND EXCLUDE TIME
13                                 )
    RAY RAMIREZ,                   ) DATE:  January 24, 2012
14                                 ) Time:  9:30 a.m.
                    Defendant.     ) Judge: John A. Mendez
15  _____)

16
```

17    Defendant RAY RAMIREZ, by and through his counsel, DENNIS S.
18 WAKS, Supervising Assistant Federal Defender, and the United
19 States Government, by and through its counsel, JILL M. THOMAS,
20 Assistant United States Attorney, hereby stipulate that the
21 status conference set for November 29, 2011, be rescheduled for a
22 status conference on Tuesday, January 24, 2012, at 9:30 a.m..
23    This continuance is being requested because defense counsel
24 requires additional time to receive and review discovery, discuss
25 the case with the government, and pursue investigation.
26 Furthermore, this defendant has some serious medical conditions
27 which effect his ability to assist counsel at the present time.
28

                                   1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 24, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: November 21, 2011

                                         Respectfully Submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Dennis S. Waks
                                         Supervising Assistant
                                         Federal Defender
                                         Attorney for Defendant
                                         RAY RAMIREZ

DATED: November 21, 2011         BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Dennis S. Waks for
                                         JILL M. THOMAS
                                         Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation, November 21, 2011, through and including January 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for January 24, 2012, at 9:30 a.m..

DATED: 11/22/2011                    /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge