```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAY RAMIREZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 10-186-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| RAY RAMIREZ, | ) | DATE: March 6, 2012 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Judge: John A. Mendez |

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for January 24, 2011, be rescheduled for a status conference on Tuesday, March 6, 2012, at 1:30 p.m..

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, this defendant has some serious medical conditions which effect his ability to assist counsel at the present time.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: January 19, 2012

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
RAY RAMIREZ

DATED: January 19, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
JILL M. THOMAS
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

| | |
|---|---|
| 1 | the trial of this matter must be commenced beginning from the |
| 2 | date of the stipulation, January 24, 2012, through and including |
| 3 | March 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) |
| 4 | [reasonable time for defense counsel to prepare] and Local Code |
| 5 | T4.  A new status conference date is hereby set for March 6, |
| 6 | 2012, at 1:30 p.m.. |

DATED: 1/19/2012       /s/ John A. Mendez
                      JOHN A. MENDEZ
                      United States District Judge.