1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAY RAMIREZ

6

7
              IN THE UNITED STATES DISTRICT COURT
8
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CR.S. 10-186-JAM
11                                 )
                      Plaintiff,   )  STIPULATION AND ORDER
12                                 )  TO MODIFY CONDITIONS OF RELEASE
        v.                         )
13                                 )
   RAY RAMIREZ,                    )
14                                 )
                      Defendant.   )
15 _____

16

17      IT IS HEREBY STIPULATED by and between the parties through

18 their respective counsel, JILL M. THOMAS, Assistant United States

19 Attorney, and DENNIS S. WAKS, Supervising Assistant Federal

20 Defender, attorney for Ray Ramirez, that the defendant's

21 conditions of pretrial supervision be modified to amend Special

22 Condition Number 9, replacing his sister, Margaret Ramirez, with

23 the defendant's mother, Mary Moore, as third party custodian.

24      Mr. Ramirez is completely compliant with all his conditions

25 of release.  The Pretrial Services Officer, Renee Basurto, agrees

26 with this modification and has investigated the proposed third

27 party custodian.

28      The defendant would live with his mother, Mary Moore,

                              1

instead of his sister.  Ms. Moore has advised counsel for the defendant and his Pretrial Services Officer that she is willing to be the third party custodian for her son, Ray Ramirez.

All other conditions of release shall remain in effect.


DATED: February 7, 2012                    Respectfully Submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender


                                           /s/ Dennis S. Waks
                                           Supervising Assistant
                                           Federal Defender
                                           Attorney for Defendant
                                           RAY RAMIREZ

DATED:  February 7, 2012                   BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/  Dennis S. Waks for
                                           JILL M. THOMAS
                                           Assistant U.S. Attorney

**IT IS SO ORDERED.**


DATED: February 8, 2012.

                          /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE