```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAY RAMIREZ
6

7                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       ) CR.S. 10-186-JAM
11                                 )
                  Plaintiff,       ) STIPULATION AND ORDER
12                                 ) TO EXTEND TIME FOR STATUS
        v.                         ) CONFERENCE AND EXCLUDE TIME
13                                 )
   RAY RAMIREZ,                    ) DATE: May 15, 2012
14                                 ) Time: 9:30 a.m.
                  Defendant.       ) Judge: John A. Mendez
15 _____

16

17      Defendant RAY RAMIREZ, by and through his counsel, DENNIS S.
18 WAKS, Supervising Assistant Federal Defender, and the United
19 States Government, by and through its counsel, JILL M. THOMAS,
20 Assistant United States Attorney, hereby stipulate that the
21 status conference set for March 6, 2012, be rescheduled for a
22 status conference on Tuesday, May 15, 2012, at 9:30 a.m..
23      This continuance is being requested because defense counsel
24 requires additional time to receive and review discovery, discuss
25 the case with the government, and pursue investigation.
26 Furthermore, this defendant has some serious medical conditions
27 which effect his ability to assist counsel at the present time.
28

                                    1
```

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 15, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: February 28, 2012

    Respectfully Submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Dennis S. Waks
    Supervising Assistant
    Federal Defender
    Attorney for Defendant
    RAY RAMIREZ

DATED: February 28, 2012     BENJAMIN B. WAGNER
    United States Attorney

    /s/ Dennis S. Waks for
    JILL M. THOMAS
    Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

1  the trial of this matter must be commenced beginning from the
2  date of the stipulation, February 28, 2012, through and including
3  May 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
4  [reasonable time for defense counsel to prepare] and Local Code
5  T4.  A new status conference date is hereby set for May 15, 2012,
6  at 9:30 a.m..

DATED: 2/28/2012                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Judge