```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RAY RAMIREZ
6
7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,      )  CR.S. 10-186-JAM
11                                 )
                  Plaintiff,       )  STIPULATION AND ORDER
12                                 )  TO MODIFY CONDITIONS OF RELEASE
        v.                         )
13                                 )
   RAY RAMIREZ,                    )
14                                 )
                  Defendant.       )
15 _____)
16
17      IT IS HEREBY STIPULATED between the parties through their
18 respective counsel, JILL M. THOMAS, Assistant United States
19 Attorney, and DENNIS S. WAKS, Supervising Assistant Federal
20 Defender, attorney for Ray Ramirez, that the defendant's
21 conditions of pretrial supervision be modified by striking the
22 defendant's required participation in the home confinement
23 program (paragraph's 11 and 12 of the December 20, 2011, release
24 order).  See the 2nd Amended Conditions of Release, as proposed.
25 (Exhibit A).
26      Mr. Ramirez is completely compliant with all his conditions
27 of release and he has been in the home confinement program, which
28 includes electronic monitoring and a curfew, for over six months.
```

1

Pretrial Services Officer, Renee Basurto, prepared Exhibit "A" and agrees with this modification.

All other conditions of release shall remain in effect.

DATED: June 27, 2012          Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              Supervising Assistant
                              Federal Defender
                              Attorney for Defendant
                              RAY RAMIREZ

DATED: June 27, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Dennis S. Waks for
                              JILL M. THOMAS
                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: <u>July 2</u>, 2012.

                    /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE

2