```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAY RAMIREZ
 6
 7
                IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    ) CR.S. 10-186-JAM
11                               )
                    Plaintiff,   ) STIPULATION AND ORDER
12                               ) TO EXTEND TIME FOR STATUS
         v.                      ) CONFERENCE AND EXCLUDE TIME
13                               )
    RAY RAMIREZ,                 ) DATE: October 30, 2012
14                               ) Time: 9:45 a.m.
                    Defendant.   ) Judge: John A. Mendez
15  _____)
```

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for September 4, 2012, be rescheduled for a status conference on Tuesday, October 30, 2012, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, this defendant has some serious medical conditions which effect his ability to assist counsel at the present time.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 30, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: August 28, 2012

    Respectfully Submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Dennis S. Waks
    Supervising Assistant
    Federal Defender
    Attorney for Defendant
    RAY RAMIREZ

DATED: August 28, 2012    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Dennis S. Waks for
    JILL M. THOMAS
    Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and

pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, August 28, 2012, through and including October 30, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4. A new status conference date is hereby set for October 30, 2012, at 9:45 a.m..

DATED: 8/28/2012         /s/ John A. Mendez
                         JOHN A. MENDEZ
                         United States District Court Judge