```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAY RAMIREZ
 6

 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      ) CR.S. 10-186-JAM
11                                 )
                   Plaintiff,      ) STIPULATION AND ORDER
12                                 ) TO EXTEND TIME FOR STATUS
         v.                        ) CONFERENCE AND EXCLUDE TIME
13                                 )
    RAY RAMIREZ,                   ) DATE:  December 11, 2012
14                                 ) Time:  9:45 a.m.
                   Defendant.      ) Judge: John A. Mendez
15  _____

16
```

Defendant RAY RAMIREZ, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JILL M. THOMAS, Assistant United States Attorney, hereby stipulate that the status conference set for October 30, 2012, be rescheduled for a status conference on Tuesday, December 11, 2012, at 9:45 a.m..

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government, and pursue investigation. Furthermore, this defendant has some serious medical conditions which effect his ability to assist counsel at the present time.

Mr. Ramirez, if convicted, faces a mandatory minimum

1

sentence of 15 years to life.  This defendant is a 51 year old male with significant medical and psychological problems.  At least three times per week, Mr. Ramirez spends 5 hours a session on a kidney dialysis machine.  He has a history of multiple strokes in the past, has chronic diabetes, is in the early to middle stages of dementia, and has a history of heavy alcohol and drug abuse.

Mr. Ramirez has exhibited significant memory impairment and he performed "very poorly" in psychological testing compared to other people his age (4 percentile).  Unfortunately, these medical conditions and the accompanying mental problems effect his ability to remember details of his case and to assist counsel.

Mr. Ramirez was incarcerated at Sacramento County Jail on this case for over 18 months.  He was released from jail in December, 2011 and has been successful on pre-trial services release for over 10 months.

In light of the above, including the substantial sentence if convicted, counsel needs more time to talk to Mr. Ramirez and to work on his case.  Though counsel for the defendant is attempting to wind down his case load before his retirement at the end of the year, because of the complicated nature of this case, I might keep this case after retirement.  An updated psychological evaluation may be required before the next status conference. Depending upon these results and after a meeting with the government, we would hope to reach a negotiated disposition by December.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for December 11, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. [reasonable time to prepare].

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 26, 2012

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      RAY RAMIREZ

DATED: October 26, 2012         BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Dennis S. Waks for
                                      JILL M. THOMAS
                                      Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby

3

adopts the stipulation of the parties in its entirety as its Order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, October 26, 2012, through and including December 11, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for December 11, 2012, at 9:45 a.m..

DATED: 10/26/2012            /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Court Judge