JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RAY RAMIREZ



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-0186-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | EXTENDING TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| RAY RAMIREZ, | ) | Date:  March 26, 2013 |
| | ) | Time:  9:45 a.m. |
| Defendant. | ) | Judge: John A. Mendez |
| _____ | ) | |

        IT IS HEREBY STIPULATED between defendant, Ray Ramirez, and

plaintiff, the United States, through their respective attorneys,

that the status conference scheduled for March 26, 2013, may be

continued to April 23, 2013, at 9:45 a.m.

        This continuance is being requested because newly-assigned

defense counsel has yet to review the extensive materials collected

by previously-assigned defense counsel, who handed off the case at

the end of December.  Defense counsel seeks additional time to

review discovery, discuss the case with the government, and to

determine what steps need to be taken to resolve the case or move

it forward.  Mr. Ramirez also has medical conditions that may

affect his ability to assist counsel, as noted in a previous status conference statement. The government advises that Mr. Ramirez, if convicted, may face a mandatory minimum sentence of 15 years to life.

In light of reassignment of the case, the parties agree that time under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) through the rescheduled status conference of April 23, 2013. The parties agree that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully Submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: March 21, 2013          /s/ T. Zindel
                               Assistant Federal Defender
                               Attorney for RAY RAMIREZ

BENJAMIN B. WAGNER
United States Attorney

Dated: March 21, 2013          /s/ T. Zindel for J. Thomas
                               JILL M. THOMAS
                               Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by the granting of such continuance outweigh

the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court adopts the stipulation of the parties and orders time excluded under the Speedy Trial Act through April 23, 2013, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4. The status conference is hereby set for April 23, 2013, at 9:45 a.m.

DATED: March 22, 2013   /s/ John A. Mendez
             HON. JOHN A. MENDEZ
             United States District Court Judge