```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAY RAMIREZ
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  2:10-CR-0186-JAM
                                 )
13              Plaintiff,       )
                                 )  **STIPULATION AND ORDER**
14       v.                      )  **EXTENDING TIME FOR STATUS**
                                 )  **CONFERENCE AND EXCLUDING TIME**
15  RAY RAMIREZ,                 )
                                 )  Date:  July 16, 2013
16              Defendant.       )  Time:  9:45 a.m.
    _____)  Judge: John A. Mendez
17

18
```

IT IS HEREBY STIPULATED between defendant, Ray Ramirez, and plaintiff, the United States, through their attorneys, that the status conference scheduled for June 18, 2013, may be continued to July 16, 2013, at 9:45 a.m.

Early this week, Mr. Ramirez's pretrial services officer notified the parties that Mr. Ramirez, who recently had two heart attacks followed by open-heart surgery, was readmitted to the hospital in a coma. As of today, his condition is unchanged and he is on life support. Although Mr. Ramirez and the government reached an agreement to resolve the case, his current medical

1

condition makes him unavailable for court within the meaning of 18 U.S.C. §3161(h)(3)(A). The parties therefore ask to continue the status conference and agree that time under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. § 3161(h)(3)(A) due to Mr. Ramirez's unavailability. Defense counsel and pretrial services will continue to monitor his condition and defense counsel agrees to advise the Court when Mr. Ramirez becomes available.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 13, 2013　　　　/s/ T. Zindel
　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　Attorney for RAY RAMIREZ

BENJAMIN B. WAGNER
United States Attorney

Dated: June 13, 2013　　　　/s/ T. Zindel for J. Thomas
　　　　　　　　　　　　　　JILL M. THOMAS
　　　　　　　　　　　　　　Assistant U.S. Attorney

# O R D E R

For the reasons stated above, the status conference is rescheduled for July 16, 2013, at 9:45 a.m. Time is excluded under the Speedy Trial Act through July 16, 2013, due to unavailability of the defendant. 18 U.S.C. § 3161(h)(3)(A). Defense counsel shall promptly advise the Court in the event defendant becomes available prior to July 16.

DATED: June 13, 2013　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　United States District Court Judge