1 BENJAMIN B. WAGNER
United States Attorney
2 JILL M. THOMAS
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     CASE NO. CR S 2:10-0186 JAM

12                    Plaintiff,     ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

13              v.

14 RAY RAMIREZ,

15                    Defendant.

16

17 **ORDER**

18 For the reasons set forth in the motion to dismiss filed by the United States, **IT IS**

19 **HEREBY ORDERED** that:

20 The Indictment in Case No.CR S 2:10-0186 JAM as to defendant RAY RAMIREZ, is

21 hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

22

23

24 DATED: __7/11/2013                /s/ John A. Mendez_____
                                     HONORABLE JOHN A. MENDEZ
25                                      United States District Court Judge

26

27

28